IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-301-D

| | |
|---|---|
| SHARON DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| RSB EQUITY GROUP, LLC; | ) |
| ROY MULLMAN, and DOE 1–5, | ) |
| | ) |
| Defendants. | ) |

On July 14, 2014, plaintiff (through counsel) filed a complaint [D.E. 8]. On December 16, 2014, plaintiff filed a motion to enforce settlement agreement [D.E. 11], and a motion to seal [D.E. 13]. On January 23, 2015, plaintiff filed a second motion to seal [D.E. 16]. The docket does not show that plaintiff effected service of process on defendants pursuant to Rule 4 of the Federal Rules of Civil Procedure. The clerk is DIRECTED to issue notice to plaintiff of failure to make service within 120 days. The motions [D.E. 11, 13, 16] are DENIED.

SO ORDERED. This 18 day of March 2015.

JAMES C. DEVER III
Chief United States District Judge