IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-301-D

| | |
|---|---|
| SHARON DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| RSB EQUITY GROUP, LLC., | ) |
| ROY MULLMAN; and DOES 1-5., | ) |
| | ) |
| Defendants. | ) |

On July 14, 2014, plaintiff (through counsel) filed a complaint [D.E. 8]. On December 16, 2014, plaintiff filed a motion to enforce settlement agreement [D.E. 11]. On March 18, 2015, the court denied plaintiff's motion to enforce settlement agreement [D.E. 11], and directed the clerk to issue notice to plaintiff of failure to make service within 120 days. See [ D.E. 18]. On March 18, 2015, the Clerk of Court sent plaintiff a notice of failure to make service within 120 days [D.E. 19]. On March 18, 2015, plaintiff filed a civil summons issued on July 14, 2014, with page two completed to show service on defendant RSB Equity Group, LLC [D.E. 20]. On April 2, 2015, plaintiff filed a motion to extend time to effect service on defendant Roy Mullman [D.E. 23]. On April 28, 2015, the court granted plaintiff's motion for an extension of time and gave plaintiff until June 30, 2015, to effect service on defendant Roy Mullman [D.E. 25]. On July 22, 2015, plaintiff filed a motion for discovery [D.E. 26], and a second motion to extend time for service of civil summons [D.E. 27]. On August 21, 2015, plaintiff filed a civil summons with page two completed to show service on defendant Roy Mullman [D.E. 29].

Plaintiff's motion for discovery [D.E. 26] is DENIED. Plaintiff's motion for an extension of time for service of civil summons [D.E. 27] is GRANTED. The clerk shall issue an order for a discovery plan.

SO ORDERED. This 3 day of September 2015.

                                        JAMES C. DEVER III
                                        Chief United States District Judge