IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-301-D

| | | |
|---|---|---|
| SHARON DAVIS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ENTRY OF DEFAULT** |
| RSB EQUITY GROUP, LLC; ROY MULLMAN; and DOE 1-5, | ) ) ) ) ) | |
| Defendants. | ) ) | |

On July 14, 2014, Sharon Davis ("plaintiff") filed this action against RSB Equity Group, LLC, Roy Mullman ("Mullman"), and Doe 1-5 [D.E. 8]. According to plaintiff, Mullman was served with summons and the complaint on August 20, 2015 [D.E. 29; D.E. 32; D.E. 32-1]. On September 11, 2015, plaintiff moved for entry of default as to Mullman [D.E. 32].

Mullman has not filed an answer or response to plaintiff's complaint, and the time within which defendant may do so has expired. See Fed. R. Civ. P. 12(a)(1)(A). Rule 55(a) of the Federal Rules of Civil Procedure provides for entry of default against a party who "has failed to plead or otherwise defend." It appears that defendant Mullman is subject to default. Accordingly, plaintiff's motion for entry of default against defendant Roy Mullman is GRANTED [D.E. 32].

SO ORDERED. This 13th day of October 2015.

*Julie Richards Johnston*
Julie Richards Johnston, Clerk of Court