| | |
|---|---|
| SHARON DAVIS, ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| V. ) | **CASE NO. 5:14-CV-301-D** |
| ) | |
| RSB EQUITY GROUP, LLC; ) | |
| ROY MULLMAN, and DOE 1-5, ) | |
| Defendants. ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** plaintiff's motion to enforce [D.E. 37] is GRANTED. Judgment SHALL ENTER for plaintiff Sharon Davis and against defendants RSB Equity Group, LLC and Roy Mu11man for $6,910.00. Plaintiff's motions to seal [D.E. 39, 42] are DENIED.

SO ORDERED. This 21st day of April, 2016.

**This Judgment Filed and Entered on April 21, 2016, and Copies To:**

| | |
|---|---|
| Grieg R. Alley | (via CM/ECF Notice of Electronic Filing) |
| Ramo R. Amador | (via CM/ECF Notice of Electronic Filing) |

| | |
|---|---|
| DATE: | JULIE RICHARDS JOHNSTON, CLERK |
| April 21, 2016 | (By) /s/ Nicole Briggeman |
| | Deputy Clerk |